IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PRINCIPAL FINANCIAL SERVICES, INC., an Iowa Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PRINCIPAL EAGLE FINANCIAL, INC., a Florida Corporation; THE REALTY BOARD, INC. f/k/a PRINCIPAL EAGLE REALTY, INC., a Florida Corporation; YULI ARIZA, an individual, <br><br> Defendants. | CIVIL ACTION NO.: <br> 8:22-cv-02125-CEH-JSS |

**NOTICE OF SETTLEMENT AND MOTION FOR ENTRY OF [PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION BY CONSENT**

Plaintiff, Principal Financial Services, Inc. ("Plaintiff"), and Defendants, Principal Eagle Financial, Inc., The Realty Board, Inc., Principal Eagle Realty, Inc., and Yuli Ariza ("Defendants"), by and through their attorneys, hereby notify this Court that the parties have settled this matter and respectfully move this Court for entry of the attached [Proposed] Final Judgment and Permanent Injunction by Consent. Plaintiff and Defendants hereby waive any right to appeal entry of the attached [Proposed] Final Judgment and Permanent Injunction by Consent.

Respectfully submitted:

/s/ Jeffrey T. Norberg

Richard B. Biagi, Esq. (*pro hac vice*)
Jeffrey T. Norberg, Esq. (*pro hac vice*)
**NEAL & McDEVITT, LLC**
1776 Ash Street
Northfield, Illinois 60093
Telephone:   (847) 441-9100
Facsimile:     (847) 441-0911

and

**FRIEDLAND VINING, P.A.**

David K. Friedland
Florida Bar No. 833479
Email: dkf@friedlandvining.com
Jaime Rich Vining
Florida Bar No. 030932
Email: jrv@friedlandvining.com
6619 S. Dixie Highway, #157
Miami, FL 33143 (mailing)
(305) 777-1725 – telephone
(305) 456-4922 – facsimile

*Counsel for Plaintiff*

/sThomas P. Howard
THOMAS P. HOWARD
Admitted *Pro Hac Vice*
842 W. South Boulder Road, Suite #100
Louisville, Colorado 80027
Telephone: (303) 665-9845
E-mail: thoward@thowardlaw.com

and

PRESTON J. FIELDS, SR.
Florida Bar Number: 0867616
Counsel for Defendants
PRESTON J. FIELDS, P.A.
11211 Prosperity Farms Road, Suite C-301
Palm Beach Gardens, Florida 33410
Telephone: (561) 799-9910
Facsimile:  (561) 799-0388
E-mail: pfields@fields-law.com

*Counsel for Defendant*